IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:09-CV-201-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **O R D E R** |
| $26,100.00 IN U. S. CURRENCY, | ) | |
| Defendant. | ) | |

UPON CONSIDERATION of plaintiff's unopposed Motion to Compel and for an Extension of the Discovery Period,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the plaintiff's Motion is GRANTED.

IT IS FURTHER ORDERED that claimant will respond fully to the plaintiff's first set of interrogatories and request for production of documents within ten (10) days of entry of this order.

IT IS FURTHER ORDERED that if claimant fails to completely respond to discovery as ordered, then on application by the United States of America, his claim and answer shall be stricken and default judgment entered.

IT IS FURTHER ORDERED that the Order entered on January 7, 2010 is hereby modified to extend the discovery period referenced therein until August 1, 2010. All dispositive motions shall be filed by August 31, 2010.

SO ORDERED. This 22 day of June, 2010.

/s/ James C. Dever
JAMES C. DEVER, III
UNITED STATES DISTRICT COURT JUDGE

2