AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>$26,100.00 U.S. CURRENCY,<br>    Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:09-CV-201-D** |

Decision by the Court:

**IT IS ORDERED AND ADJUDGED** that:

    1. Default judgment be and the same is hereby entered against the defendant;

    2. All persons claiming any right, title, or interest in or to the said defendant are held in default;

    3. The defendant is forfeited to the United States of America; and

    4. The United States Marshal is hereby directed to dispose of the defendant according to law.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **OCTOBER 5, 2010** WITH A COPY TO:

Stephen A. West (via CM/ECF Notice of Electronic Filing)
Slade Culli Trabucco (via CM/ECF Notice of Electronic Filing)


October 5, 2010                                          DENNIS P. IAVARONE, Clerk
Date                                                                 Eastern District of North Carolina

                                                                                        /s/ Debby Sawyer
                                                                                        (By) Deputy Clerk

Raleigh, North Carolina